H. LAFLEUR AND H. P. ISAACS vs. R. H. DOUGLASS.

If a portion of a complaint is defective, such defect must be reached by a special demurrer, and not by a general demurrer to the whole complaint.

Error to the First Judicial District.

Opinion by Wyche, Associate Justice.

In this case a general demurrer was filed to the complaint below, on the ground that the complaint did not state facts sufficient to constitute a cause of action, and a *pro forma* judgment rendered sustaining the demurrer, and by agreement an appeal is prosecuted here from this *pro forma* judgment.

The general demurrer, filed below, admits the statement of facts in the complaint to be true, and the complaint, we think, discloses a cause of action.

If the complaint is defective, a special demurrer to the defective portion is the proper proceeding.